## JOSEPH DREW *et al.*

### *v.*

## JOHN MASON *et al.*

MECHANIC'S LIEN—*for lightning rod.* The statute does not give a lien to a party furnishing the materials and placing a lightning rod on a house, as this is neither building, altering, repairing, nor ornamenting the same.

APPEAL from the Circuit Court of Mason county; the Hon. LYMAN LACEY, Judge, presiding.

This was a petition, by the appellants, against the appellees, to enforce a mechanic's lien, for a lightning rod put upon a building. The court below sustained a demurrer to the petition, and dismissed the bill.

Mr. O. H. WRIGHT, for the appellants.

Mr. S. C. CONWELL, and Messrs. DEARBORN & CAMPBELL, for the appellees.

Mr. CHIEF JUSTICE SCOTT delivered the opinion of the Court:

Furnishing materials and labor in placing a lightning rod on a house, is not furnishing materials and labor "in building, altering, repairing or ornamenting" a house, in the sense those terms are used in the Mechanic's Lien Law.

The decree will be affirmed.

*Decree affirmed.*